

*Vaughn A. Wamsley*
Attorney At Law
*851 South Rangeline Road*
*Carmel, IN 46032*
*(317) 846-1080*
*(317) 581-1234 (fax)*

November 2, 2018

CERTIFIED MAIL
O.B. Williams
4018 N. Bolton Ave
Indianapolis, IN 46226

Dear Mr. Williams:

## NOTICE OF ATTORNEY'S INTENTION TO WITHDRAW

Re:  O.B. Williams v. Gamma Meccanica, Gamma Meccanica North America Innovative Recycling Solutions, LLC; United States District Court Southern District of Indiana Indianapolis Division; Civil Action No. 1:18-cv-02808-JMS-TAB

Dear Mr. Williams:

Please be advised that this office will be filing a Motion to Withdraw as your attorneys in the above captioned matter. Pursuant to United States District Court for the Southern District of Indiana, Local Rule 83-7, I must provide you with seven (7) days written notice of my intentions to withdraw as your attorney. Please be advised that I will file my Motion seeking permission from the Court to withdraw as your attorney on November 14, 2018. This will leave you time to secure new counsel if you choose to do so. Your file will be made available to you or forwarded to your new attorney, if you so desire.

In addition, I must inform you that: **failure to secure new counsel may result in dismissal of your case or entry of a judgment or ruling against you.**

Please be advised that the attorney representing the defendant is as follows:

Rebecca J. Mass
Smith Fisher Maas Howard & Lloyd, P.C.
7209 North Shadeland Ave.
Indianapolis, IN 46250
Telephone: 317-578-1900
Facsimile: 317-578-1330
Email: rmaas@smithfisher.com
Co-counsel for Defendants

Exhibit 1

John M. Socolow
Fitzpatrick & Hunt Pagano Aubert, LLP
50 Main Street
White Plains, NY  10606
Telephone: 914-946-0600
Facsimile: 914-946-0650
Email: john.socolow@fitzhunt.com
Co-counsel for Defendants

    The Indiana Bar Association number is 317-269-2222 should you need a referral. If you should have any questions, please feel free to contact our office.

                                     Sincerely,

                                     Vaughn A. Wamsley
                                     Attorney at Law

# USPS Tracking®

FAQs > (https://www.usps.com/faqs/uspstracking-faqs.htm)

Track Another Package +

**Tracking Number:** 70151730000156022415

Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

## In-Transit

December 10, 2018
In Transit to Next Facility

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

December 10, 2018
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

December 8, 2018, 11:55 pm
Departed USPS Regional Facility
INDIANAPOLIS IN DISTRIBUTION CENTER

November 21, 2018, 4:13 pm
Unclaimed/Being Returned to Sender

INDIANAPOLIS, IN 46226

November 8, 2018, 9:35 am
Out for Delivery
INDIANAPOLIS, IN 46226

November 8, 2018, 9:25 am
Sorting Complete
INDIANAPOLIS, IN 46226

November 7, 2018, 9:44 am
Arrived at Unit
INDIANAPOLIS, IN 46226

November 6, 2018, 12:01 am
Arrived at USPS Regional Facility
INDIANAPOLIS IN DISTRIBUTION CENTER

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**