UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| O.B. WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cv-02808-TAB-JMS ) |
| GAMMA MECCANICA, GAMMA MECCANICA NORTH AMERICA INNOVATIVE RECYCLING SOLUTIONS, LLC, | ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER ON JANUARY 8, 2019, PRETRIAL CONFERENCE AND
ORDER SETTING TELEPHONIC STATUS CONFERENCE**

Plaintiff appeared in person and by counsel January 8, 2019, for a pretrial conference, and Defendants appeared by counsel. Discussion was held regarding discovery, settlement, and related matters. Plaintiff's counsels' motion to withdraw [Filing No. 22] is granted, and the appearances of Vaughn A. Wamsley and Jeremy S. Baber on behalf of Plaintiff are withdrawn. The Clerk and counsel are directed to serve/contact Plaintiff at:

> 4018 Bolton Avenue
> Indianapolis, IN 46226
> (317) 640-4716

The Court encouraged Plaintiff to promptly find counsel, but ensured he had a copy of the Case Management Plan and advised Plaintiff that even if he continues to represent himself the CMP deadlines will be strictly enforced. Failure to comply with these deadlines may result in sanctions, including dismissal.

**This cause is set for a telephonic status conference at 10 a.m. EST on July 12, 2019.** Plaintiff shall personally call the Court at 317-229-3660, to participate in this conference.

Defendants shall participate in this conference by counsel, and the information needed by counsel of record to participate in this telephonic conference will be provided by separate notification. The purpose of this conference is to address case status, settlement and selecting a trial date.

Date: 1/22/2019

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

O.B. WILLIAMS
4018 Bolton Ave.
Indianapolis, IN 46226